UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:21-cv-01897-JLS-KES                                                  Date:  November 28, 2022
Title:  Jennifer Conta et al v. City of Huntington Beach et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                           Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: FAILURE TO SERVE NEWLY ADDED DEFENDANTS**

Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court … must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."   In the instant case, the Second Amended Complaint ("SAC") was filed on August 25, 2022.  (SAC, Doc. 46.)  It appears that the SAC has not yet been served on two defendants who were added to the SAC, Jordan Jacinto and Anthony Gonzales.  Accordingly, Plaintiffs are ORDERED to show cause within **five days** of the issuance of this order why the SAC should not be dismissed as to these two defendants for failure to effect service.

Initials of Preparer:  vrv